# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**STEPHANIE FLAGLER**

    vs.                        **CASE NUMBER: 6:08-CV-138 (NPM)**

**MATTHEW E. TRAINOR, and THE COUNTY OF FULTON, NEW YORK**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant's Motion to Dismiss the Federal claims in this action is Granted and the Court declines to exercise supplemental or pendent jurisdiction over Stepanie Flagler's State law claims.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 15th day of September, 2010.

DATED: September 20, 2010

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk